**UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MJM REAL ESTATE INVESTMENTS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:23-CV-416 |
| | § | |
| GREAT LAKES INSURANCE SE and | § | |
| ALACRITY SOLUTIONS GROUP LLC, | § | |
| | § | |
| *Defendants*. | | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff MJM Real Estate Investments filed suit in Texas state court on September 13, 2023 (#2).  On November 16, 2023, Defendants removed this suit to federal court and Defendant Great Lakes elected to accept whatever liability Defendant Alacrity might have under Texas Insurance Code §542.006(a) (#1).   Under Texas state court procedure, Defendant Alacrity's dismissal would be automatic.  The court referred this matter for pretrial management to the Honorable Christine L. Stetson, United States Magistrate Judge, who advised the parties to file an appropriate motion on the dismissal of Defendant Alacrity.  On February 16, 2024, Defendant Alacrity filed the instant Unopposed Motion to Dismiss which is now pending before the court (#12).  Judge Stetson entered a Report and Recommendation advising the court to adopt the unopposed motion on March 19, 2024 (#19).  To date, no objections have been filed.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#19) is **ADOPTED**.   Defendant Alacrity's Unopposed Motion to Dismiss (#12) is **GRANTED**.   Plaintiff's claims against Defendant Alacrity are considered to be claims against Defendant Great Lakes, and Defendant Alacrity is, hereby, **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 3rd day of April, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE